
Jun 23 2023

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF META PLATFORMS, INC. PROFILE ID ://www,facebook.com/profile.php?id=100087761752755 | Criminal No. 3:23-sw-71 |

GOVERNMENT'S MOTION TO UNSEAL APPLICATION
AND AFFIDAVIT FOR SEARCH WARRANT

The United States, through undersigned counsel, moves the Court to issue an order unsealing the Search Warrant, Application for a Search Warrant, the Affidavit in Support of that Application, and the Memorandum in Support of this Motion in the above-captioned case. As support for this motion, the government states that: (a) a public charge arising from this investigation has been filed in this Court under docket number 3:23-cr-65-RCY; and (b) in light of that charge, public disclosure of the warrant and affidavit would not compromise any on-going investigation.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: **MICHAEL MOORE** Digitally signed by MICHAEL MOORE
Date: 2023.06.21 11:55:58 -04'00'
_____
Michael C. Moore
Assistant United States Attorney